**ATHENAHEALTH, INC., Appellant**

v.

**CARECLOUD CORPORATION,** Appellee

**2016-1622**

United States Court of Appeals, Federal Circuit.

March 10, 2017

GREGORY F. CORBETT, Wolf, Greenfield & Sacks, PC, Boston, MA, argued for appellant. Also represented by JUSTIN COLANNINO, RICHARD GIUNTA.

OZZIE FARRES, Hunton & Williams LLP, Washington, DC, argued for appellee. Also represented by YISUN SONG.

(Dyk, O'Malley, and Wallach, Circuit Judges).

**JUDGMENT**

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**